**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Stoli Group (USA), LLC, et al.,[1] | Case No.: 24-80146-swe11 |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES**
**OF DEBTOR STOLI GROUP (USA), LLC**
**(CASE NO. 24-80146)**

Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
Mary Rofaeil (TX 24119467)
Zachary C. Zahn (TX 24137675)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com
mary.rofaeil@foley.com
zzahn@foley.com

Ann Marie Uetz (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
auetz@foley.com

Michael J. Small (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
msmall@foley.com

**PROPOSED COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Stoli Group (USA), LLC, *et al.*,[1] | § § | Case No.: 24-80146-swe11 |
| Debtors. | § § § | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Stoli Group (USA) LLC ("**Stoli USA**") and Kentucky Owl, LLC ("**KO**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") have filed their respective Schedules of Assets and Liabilities ("**Schedules**") and Statements of Financial Affairs (the "**Statements**" and, collectively with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Northern District of Texas Dallas Division (the "**Court**"). The Debtors, with the assistance of their legal, financial, and other advisors, including Riveron Management Services, LLC ("**RMS**") and the Debtors' proposed Chief Restructuring Officer, Mr. Steven R. Wybo ("**Mr. Wybo**"), a Senior Managing Director with RMS, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1007 of the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal identification number, are Stoli Group (USA), LLC (5602) and Kentucky Owl, LLC (3826). The Debtors' address is 135 East 57th Street, 9th Floor, New York City, New York.

Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. The Global Notes should be referred to and considered in connection with any review of the Schedules and Statements. In the event that the Schedules and/or Statements differ from these Global Notes, the Global Notes control.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that were available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim (as defined in section 101(5) of the Bankruptcy Code, "**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to their Chapter 11 Cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).

The Debtors and their agents, attorneys, financial, and other advisors do not and cannot guarantee or warrant the accuracy or completeness of the data that is provided herein and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any independent obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated,

modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Chris Caldwell ("**Mr. Caldwell**"), the President and Global Chief Executive Officer of each of the Debtors, has signed each set of the Schedules and Statements. Mr. Caldwell is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Caldwell has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal, financial, and other advisors. Mr. Caldwell has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

These Global Notes are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

**I.**
**GLOBAL NOTES AND OVERVIEW OF METHODOLOGY**

1.   **Bankruptcy Cases.** On November 27, 2024 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, thereby initiating the Chapter 11 Cases and creating their respective bankruptcy estates. The Debtors are operating their business and managing their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 3, 2024, the Court entered an order in the lead case, *In re Stoli Group (USA), LLC* [Case No. 24-80146], directing joint administration of these Chapter 11 Cases [Docket No. 36]. Notwithstanding the joint administration of the Debtors' Chapter 11 Cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

To the best of the Debtors' knowledge, the information provided herein represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted. Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein), and such variance may be material. Accordingly, the Debtors reserve all rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

2.    **Riveron Disclosure**. On December 27, 2024, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing Debtors to (I) Employ and Retain Riveron Management Services, LLC to Provide a Chief Restructuring Officer and Additional Personnel and (II) Designate Steven R. Wybo as the Chief Restructuring Officer as of the Petition Date* [Docket No. 107] (the "**RMS Application**"). The objection deadline for the RMS Application expires on January 20, 2025. [*See* Docket No. 107].

Historically, neither RMS nor Mr. Wybo, the Debtors' proposed CRO, maintained the Debtors' books and records and only became acquainted with the same in connection with the Debtors' bankruptcy filings. While RMS and Mr. Wybo have made every reasonable effort to research, analyze, and, where necessary, correct the Debtors' books and records, additional information may be discovered or corrected that may require amendment of the Schedules and Statements. The information contained in the Schedules and Statements is unaudited, and the Debtors, RMS, and Mr. Wybo do not warrant the accuracy or completeness of the statements contained in the same.

3.    **Cyber Attack Disclosure**. As further explained in the *Declaration of Chris Caldwell in Support of First Day Motions* [Docket No. 11] (the "**First Day Declaration**"), the Debtors' IT infrastructure suffered severe disruption in the wake of a data breach and ransomware attack in August 2024 (collectively, the "**Cyber Attack**"). The Cyber Attack caused substantial operational issues throughout all companies within the Stoli Group (as defined in the First Day Declaration), including the Debtors. Among other things, via the Cyber Attack, the entirety of the Debtors' accounting and financial systems were hacked and encrypted in a form that the Debtors were unable to read or decipher. The Cyber Attack resulted in the Stoli Group's enterprise resource planning ("ERP" or "SAP") system being disabled and most of the Stoli Group's internal processes (including accounting functions) being forced into a manual entry mode. As of the Petition Date and the filing of the Debtors' Schedules and Statements, the Debtors' accounting and financial systems have not been fully recovered and are not up and running as they ordinarily would be in the ordinary course of business. The Debtors are continuing to execute their plans to recover and restore the encrypted information to the format previously used by the Debtors, and the Debtors anticipate that these systems will be fully restored no earlier than in the first quarter of 2025. Thus, the Debtors provide this disclosure related to the Cyber Attack to note that the information provided herein and in the Debtors' Statements and Schedules is being provided to the best of the Debtors' abilities as of the Petition Date and without the Debtors accounting and financial systems having fully been restored following the Cyber Attack.

4.    **GAAP.** Information contained in the Schedules and Statements has been derived from the information derived from the Debtors' books and records. The Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with generally accepted accounting principles in the United States ("**GAAP**") and are not intended to reconcile fully with any financial statements prepared under GAAP. Therefore, combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that are substantially different from financial information that would otherwise be prepared under GAAP. For the avoidance of doubt, given the difference between the information requested in the Schedules and Statements and the financial information utilized under GAAP, the aggregate asset values and claim

amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtors' enterprise value.

5.      **Payments.** Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "**Cash Management System**"), as described in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Continue to Operate Their Cash Management System and (II) Granting Related Relief* [Docket No. 9] (the "**Cash Management Motion**"). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

6.      **Valuation.** Except as otherwise indicated, the Debtors and their advisors have made a good faith effort to list assets and liabilities based on book values as of the latest close of books and records or, where possible, through the Petition Date. Exceptions to this include operating cash and certain other assets. Operating cash is presented as the end-of-day bank balance as of the Petition Date. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets, including, but not limited to, inventory and intellectual property. For these reasons, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are "undetermined" or "unknown."

The book values of certain assets may materially differ from their fair market values. Certain assets that have been fully depreciated or that were expensed for accounting purposes either may not appear in the Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. Certain other assets, such as intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed), and such variance may be material. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any of the Debtors' rights with respect to such asset. For the avoidance of doubt, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.

In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in

the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and Statements shall be or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

7.    **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and accrued accounts payable. In addition, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to an order that may be entered by the Bankruptcy Court. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any) to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

8.    **Property Rights.** Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, the inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, or otherwise expired by terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.    **Causes of Action.** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

10. **Contingent Assets.** The Debtors may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have identified and/or set forth all of their causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims. Additionally, prior to the Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages.

11. **Executory Contracts.** Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

12. **Intellectual Property Rights.** Exclusion of any intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, the inclusion of any intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by the other. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

13. **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

14. **Other Paid Claims.** To the extent the Debtors may have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the

Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

15. **Guarantees and Other Secondary Liability Claims.** The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "**Guarantees**") in any of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

16. **Liens.** Any inventories, property, or equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanic's, materialmen's, constitutional, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

17. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

18. **Setoffs and Recoupment.** The Debtors incur certain setoffs, recoupment, and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other reconciliations between the Debtors and their suppliers or distributors. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for and, as such, are excluded from the Schedules.

19. **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only, and such information may not be used for (1) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual could successfully argue that he or she is not an insider under

applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

20. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

21. **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.

22. **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, the Debtors were required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

23. **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may differ from the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

24. **Claim Designations.** Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."

A claim that is dependent on the realization of some uncertain future event is a "**contingent**" claim.

A claim, or portion of a claim, for which a specific value could not be readily quantified by the Debtor using currently available information is scheduled as "**unliquidated**."

A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, or the claim classification, is "**disputed**."

Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute or to assert offsets or defenses to any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

25. **Classifications.** Listing (a) a claim on Schedule D as "secured," (b) a claim on Schedule E/F as "priority," or (c) a claim on Schedule E/F as "unsecured," or (d) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims, contracts, or leases or to setoff such Claims.

26. **Unknown and Undetermined Amounts.** Some of the scheduled assets and liabilities may be unknown and unliquidated at this time. In such cases, the amounts may be listed as "unknown" or "Unliquidated." Accordingly, the Schedules and the Statements may not accurately reflect the aggregate amount of the Debtors' assets and liabilities. The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

27. **Reservations and Limitations.** While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist, as noted above. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

28. **Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

29. **No Admission.** Nothing contained in the Schedules and Statements is intended as or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

30. **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## II.
## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

**A.**　　**Specific Notes Regarding Schedule A/B.**

**1.**　　**Schedule A/B, Question 21:** Assets listed in these portions of the Schedules are recorded for Debtor KO as of November 15, 2024, and as of November 22, 2024, for Debtor Stoli USA.

**2.**　　**Schedule A/B, Questions 3, 11, 25:** Assets listed in these portions of the Schedules are recorded as of the Petition Date.

**3.**　　**Schedule A/B, Parts 1, 2, 3, and 8:** Details with respect to the Debtors' Cash Management System and bank accounts are provided in the Cash Management Motion and any order of the Bankruptcy Court granting the Cash Management Motion [*See* Docket No. 42].

The Debtors have disclosed the net book value with respect to accounts receivable listed on Schedule A/B11, which represents the amount of the accounts receivable netted by any "doubtful accounts."

The Debtors are required to make deposits from time to time with various vendors, leaseholders, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and, conversely, may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

**4.**　　**Schedule A/B, Part 4:** The Debtors do not have any ownership interests in other businesses. The Debtors make no representation as to the value of ownership interests not listed.

**5.**　　**Schedules A/B Part 7:** The value of certain assets may be included in a fixed asset group, or certain assets with a net book value of zero may not be set forth. Dollar amounts are presented net of accumulated depreciation and other adjustments.

**6.**　　**Schedule A/B, Part 10:** The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Results from an impairment test given the Chapter 11 filing were unavailable at the time that the Statements and Schedules were prepared, and therefore, several of the Debtors' intangible asset values may be listed as undetermined or not at all.

**7.**　　**Schedule A/B, Part 11:** In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as

a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

**B.**   **Specific Notes Regarding Schedule D.**

**1.**   **Schedule D:** The Debtors made reasonable, good-faith efforts to include all liens on Schedule D but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not listed in Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

**2.**   **Schedule D:** The secured claim listed in each of the Debtors' Schedules in the aggregate total amount of $78,374,334.30 is comprised of (i) $41,033,893.58 owed under Debtor Stoli USA's revolving credit facility with Fifth Third Bank and (ii) $37,340,440.72 owed under Debtor KO's revolving credit facility with Fifth Third Bank.

**C.**   **Specific Notes Regarding Schedule E/F.**

**1.**   **Schedule E/F, Part 1:** The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all rights to dispute the amount and the priority status of any claim on any basis at any time. All claims listed on the Debtors' Schedule E/F are claims arising from tax obligations for which the Debtors may potentially be liable and which may be subject to ongoing audits or other proceedings.

**2.**   **Schedule E/F, Part 2:** The Debtors have exercised commercially reasonable efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records. However, the reader should review Schedule E/F for each Debtor in these Chapter 11 Cases for a more complete understanding of the unsecured debts of the Debtors. The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor.

Schedule E/F may reflect the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected to the extent such damage claims exist.

The Claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserves all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert objections and/or setoffs with respect to Claims.

The Debtors may pay Claims listed on Schedule E/F during these Chapter 11 Cases pursuant to orders of the Bankruptcy Court and the Debtors reserve all of their rights to do so with Bankruptcy Court approval and authority. Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to any executory contracts and unexpired leases that may be rejected. Executory Contracts and Unexpired Leases are listed on Schedule G.

**D.    Specific Notes Regarding Schedule G.**

1.    **Executory Contracts and Unexpired Leases.** While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule any executory contracts as to each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over inclusions may have occurred. The Debtors do not make and specifically disclaim any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.

2.    The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

Any executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of contracts or agreements, both written and oral, in the ordinary course of business regarding, among other things, the provision of certain services on a month-to-month basis. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements are not listed individually on Schedule G. Further, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected to the extent such damage claims exist.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to any contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms or was terminated prepetition. Conversely, the omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or leases are not impaired by the omission.

**E.**      **Specific Notes Regarding Schedule H.**

**1.**      **Schedule H.** The Debtors do not believe guarantees exist and, therefore, have not included guarantees in the Schedules. The Debtors reserve all rights to amend the Schedules to the extent guaranties are identified or such guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and Statements and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statements or in another appropriate filing. Additionally, failure to list any guaranties in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any guaranties not listed.

**III.**
**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS**

1.      **Question 1:** The amounts listed in Statement 1 reflect each Debtor's gross revenue for the fiscal years 2022 and 2023 and the year-to-date portion of the fiscal year 2024 as estimated in the Debtor's books and records. For Debtor Stoli USA, gross revenue for the fiscal year 2024 is estimated through October 31, 2024, due to issues with the Debtors' accounting and financial systems stemming from the Cyber Attack described above.

2.      **Questions 3, 4, and 30:** The Debtors have responded to Question 3 in detailed format by creditor. The response, however, does not include transfers to bankruptcy professionals (which transfers appear in response to Part 6, Question 11) or ordinary course compensation of individuals through salaries, wages, or related allowances.

The Debtors have responded to Questions 4 and 30 in detailed format by insider in the attachment for Question 4. To the extent (i) a person qualified as an "insider" in the year prior to the Petition Date but later resigned their insider status or (ii) did not begin the year as an insider but later became an insider, the Debtors have only listed in Question 4 those payments made while such person was defined as an insider.

3.      **Question 11:** The response to Question 11 identifies the Debtor that made a payment in respect of professionals the Debtors have retained or will seek to retain under section 327 and section 363 of the Bankruptcy Code. Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications, motions, and related orders. Although the Debtors have made reasonable efforts to distinguish between payments made for professional services related and unrelated to their restructuring efforts, some amounts listed in response to Question 11 may include payments for professional services unrelated to bankruptcy.

4.      **Question 30:** The information reported on Question 30 is representative of the total payments made to insiders on behalf of Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 30 may include payments to individuals who may have been insiders at the time they were employed by the Debtors, but are no longer employed by the Debtors.

**###END OF GLOBAL NOTES###**

**Fill in this information to identify the case:**

Debtor name: **Stoli Group (USA), LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number: **24-80146**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $1,563,000.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $69,646,424.03 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $71,209,424.03 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) | $78,864,427.11

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $1,697,290.51 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $30,164,268.90 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities** | $110,725,986.52

Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
| --- |
| Debtor name: Stoli Group (USA), LLC |
| United States Bankruptcy Court for the: Northern District of Texas |
| Case number: 24-80146 |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Fifth Third Bank | Master Operating Account | 7892 | $2,172.53 |
| 3.2 Fifth Third Bank | Payroll Account | 8049 | $4,220.92 |
| 3.3 Wells Fargo | Master Operating Account | 8284 | $134,328.35 |
| 3.4 Wells Fargo | Depository Account | 8300 | $8,098.08 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $148,819.88 |
| --- | --- |

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **7. Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| 7.1 Surety Bond – Southwest Marine and General Insurance Company - Bond # 22C000M1H - Executed Date: 04/20/2022 | $500,000.00 |

Total Surety Bond $1,700,000.00. The total value listed refers to the deposit of $500,000.00.

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | $0.00 |
|---|---|

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $500,000.00 |
|---|

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $18,423,654.46 face amount | − | doubtful or uncollectible accounts | = ........ ➜ | $18,423,654.46 |
|---|---|---|---|---|---|---|
| 11b. | Over 90 days old: | $5,745,209.08 face amount | − | doubtful or uncollectible accounts | = ........ ➜ | $5,745,209.08 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $24,168,863.54 |
|---|

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| 15.1 | | | $0.00 |
|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1   Finished Goods | 11/22/2024 | $42,667,368.51 | Net Book Value | $42,667,368.51 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | $42,667,368.51 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes     Book value    $2,494,921.67     Valuation method   Book Value     Current value    $2,494,921.67

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.          $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value       Valuation method       Current value

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    Laptops & Software | $22,791.00 | Net Book Value | $22,791.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $22,791.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**49. Aircraft and accessories**

| 49.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>New York Office Lease - 135 East 57th Street 9th Floor New York, NY 10022 | Leased Office Space | N/A | N/A | $1,563,000.00 |

Current Value of Lease based on a 12/2023 Valuation.

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| | $1,563,000.00 |
|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  Licensed Use of Trademarks | Unknown | N/A | Unknown |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1  Stoli's Facebook account (https://www.facebook.com/StoliSocialClub/) | | | $0.00 |
| 64.2  Stoli X's account (https://x.com/stoli) | | | $0.00 |
| 64.3  Stoli's Facebook account (https://www.facebook.com/Stoli/) | | | $0.00 |
| 64.4  Stoli's instagram account (https://www.instagram.com/stoli/) | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

| 71.1 | _____ | _____ | − | _____ | = ➜ | $0.00 |
|---|---|---|---|---|---|---|
|  |  | total face amount |  | doubtful or uncollectible amount |  |  |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | Excise Tax Refund from U.S. Department of Treasury | Tax year | 2022-2023 | $1,543,874.71 |
|---|---|---|---|---|

**73. Interests in insurance policies or annuities**

| 73.1 | Property | $5,625.00 |
|---|---|---|
| 73.2 | General Liability | $35,235.57 |
| 73.3 | Automobile | $1,303.00 |
| 73.4 | Workers' Compensation | $41,833.00 |
| 73.5 | Umbrella - $25,000,000 | $39,371.15 |
| 73.6 | Excess Liability - $10,000,000 | $14,500.00 |
| 73.7 | Directors & Officers Liability/ Fiduciary Liability/Employment Practices Liability | $37,800.00 |
| 73.8 | Crime / Kidnap & Ransom | $7,913.00 |

| | | |
|---|---|---|
| 73.9 | Media Liability with Cyber Liability Endorsement | $15,474.00 |
| 73.10 | Stock Throughput | $386,468.75 |
| 73.11 | Property Terrorism | $9,182.92 |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | |
|---|---|---|
| 74.1 | Federal Treasury Enterprise Sojuzplodoimport and OAO Moscow Distillery Cristall vs. Stoli Group (USA), LLC | Unknown |
| Nature of Claim | Counterclaims | |
| Amount requested | Unliquidated | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | |
|---|---|---|
| 75.1 | | $0.00 |
| Nature of Claim | | |
| Amount requested | | |

**76. Trusts, equitable or future interests in property**

| | |
|---|---|
| 76.1 | $0.00 |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| 77.1 | $0.00 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $2,138,581.10 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $148,819.88 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $500,000.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $24,168,863.54 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $42,667,368.51 | |

Debtor    Stoli Group (USA), LLC
Name                                                                    Case number *(if known)* 24-80146

**85. Farming and fishing-related assets.** Copy line 33, Part 6.    $0.00

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7.    $22,791.00

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.    $0.00

**88. Real property. Copy line 56, Part 9.**    →    $1,563,000.00

**89. Intangibles and intellectual property..** Copy line 66, Part 10.    $0.00

**90. All other assets.** Copy line 78, Part 11.    $2,138,581.10

**91. Total. Add lines 80 through 90 for each column**    91a.    $69,646,424.03    91b.    $1,563,000.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.    $71,209,424.03

**Fill in this information to identify the case:**

Debtor name: **Stoli Group (USA), LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number: **24-80146**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

Brindiamo Group LLC
4707 Nebraska Avenue
Nashville, TN 37209

**Date debt was incurred?**
11/1/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Storage

**Describe the lien**
Vendor's Potential Warehouseman's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$2,275.00 | Unknown

2.2

Fifth Third Bank
401 South 4th St
Louisville, KY 40202

**Date debt was incurred?**
10/22/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Belt's Warehouse

**Describe debtor's property that is subject to the lien:**
All of debtors assets

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$78,374,334.30        Unknown

---

2.3

The Belts Corporation
1820 Portal Street
Baltimore, MD 21224-6512

**Date debt was incurred?**
11/8/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Fifth Third Bank

**Describe debtor's property that is subject to the lien:**
Assets held onsite

**Describe the lien**
Warehouse lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$484,202.33        Unknown

2.4

Wells Fargo Financial Leasing, Inc.
PO Box 10306
Des Moines, IA 50306-0306

**Date debt was incurred?**
Various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**          $3,615.48          Unknown
Printer Lease

**Describe the lien**
PMSI

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $78,864,427.11

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

3.1

**Fill in this information to identify the case:**

Debtor name: Stoli Group (USA), LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-80146

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

**2.1**

Arizona Department of Revenue
PO Box 29085
Phoenix, AZ 85038-9085

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

Total claim: $505.78       Priority amount: $505.78

**2.2**

Commonwealth of Massachusetts
PO Box 419272
Boston, MA 02241-8272

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

Total claim: $2,319.88       Priority amount: $2,319.88

**2.3**

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0135

**Date or dates debt was incurred**
45323

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**          $10,349.42          $10,349.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.4**

Idaho State Tax Commission
PO Box 83784
Boise, ID 83707-3784

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**          $73.18          $73.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.5**

Internal Revenue Department
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**
4/1/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**          $763,242.33          $763,242.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    Stoli Group (USA), LLC
Name
Case number *(if known)* 24-80146

Case 24-80146-swe11    Doc 116    Filed 12/30/24    Entered 12/30/24 22:32:11    Desc
Main Document    Page 33 of 85

2.6

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    $867,229.56    $867,229.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.7

Liquor Control Board of Ontario
55 LAKE SHORE BLVD. E.
TORONTO
ON, M5E 1A4

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    $28,651.50    $28,651.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.8

Missouri Department of Revenue
PO Box 3020
Jefferson
MO, 65105-3020

**Date or dates debt was incurred**
8/20/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    $440.00    $440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No
☐ Yes

2.9

Missouri Department of Revenue
PO Box 3020
Jefferson
MO, 65105-3020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,749.05    $3,749.05

2.10

NYC Department of Finance
66 John Street, Room 104
New York, NY 10038

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,457.97    $2,457.97

2.11

Oregon Department of Revenue
PO Box 14780
Salem
OR, 97309-0469

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,008.11    $1,008.11

2.12

South Carolina Department of Revenu
300A Outlet Pointe Blvd.
Columbia
SC, 29210

**Date or dates debt was incurred**
2/20/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**                    $46.94                    $46.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

2.13

State of Connecticut
PO Box 2965
Hartford, CT 06106-2965

**Date or dates debt was incurred**
7/23/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**                  $9,089.87                  $9,089.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

2.14

State of Florida
1940 North Monroe Street
Tallahassee, FL 32399

**Date or dates debt was incurred**
6/3/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**                  $1,890.00                  $1,890.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

2.15

State of New Hampshire
NH DRA
Concord, NH 03302-1265

**Date or dates debt was incurred**
2/12/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**    $2,335.75    $2,335.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

2.16

State of New Jersey
Revenue Processing Center
Trenton, NJ 08646-0193

**Date or dates debt was incurred**
3/8/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**    $560.32    $560.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

2.17

State of South Carolina, Dept of Revenue
SC Dpt. of Revenue, ABL Section
Columbia, SC 29214-0907

**Date or dates debt was incurred**
11/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**    $46.94    $46.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

### 2.18

Tennessee Department of Revenue
500 Deaderick Street
Nashville
TN, 37242

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**      $1,161.50      $1,161.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

### 2.19

Treasure - State of Iowa
Iowa Department of Revenue
Des Moines, IA 50306-0466

**Date or dates debt was incurred**
2/1/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**      $295.51      $295.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

### 2.20

Treasurer - State of Maine
Maine Revenue Services
Augusta, ME 04332-9101

**Date or dates debt was incurred**
3/4/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**      $960.50      $960.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.21**

U.S. Customs and Border Protection
6650 Telecom Drive, Suite 100
Indianaplis, IN 46278

**Date or dates debt was incurred**
6/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

$155.15          $155.15

**2.22**

Virginia Department of Taxation
PO Box 1500
Richmond, VA 23218-1500

**Date or dates debt was incurred**
10/18/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxing

**Is the claim subject to offset?**
☑ No

☐ Yes

$721.25          $721.25

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

**3.1**

10 SOUTH STREET CLUB OPERATOR INC
10 South Street
New York, NY 10004

**Date or dates debt was incurred**
4/1/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,930.74

**3.2**

135 East 57th Street, LLC
PO Box 780654
Philadelphia, PA 19178-0654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $100,249.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**

Accomplice Digital Communications Llc
2 Television Centre, 101 Wood Ln
London, W12 7FA United Kingdom

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $322,070.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

Achaval Ferrer S.A.
Calle Cobos, Pedriel 2601
Luján de Cuyo
Mendoza
Argentina

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $649,854.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

Adult Beverage Solutions, LLC
101 West 22nd St., Ste. 202
Lombard, IL 60148

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $7,089.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

Advantage Sales LLC
7411 Fullerton Street, Suite 101
Jacksonville, FL 32256

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,337.49

**3.7**

Affiliated Marketing Inc.
101 West 22nd Street, #202
Lombard, IL 60148

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,348.50

**3.8**

Agile Media Ltd
Longley HSE International Dr.
Crawley, WSX RH10 6AQ
United Kingdom

**Date or dates debt was incurred**
10/1/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

**3.9**

align Public Relations Inc.
269 9190 W Olympic Blvd. Ste
Beverly Hills, CA 90212

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$96,000.00

3.10

Amber Beverage Group SIA
Raņķa dambis 30-120
Riga LV-1048
Latvia

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                      $247,874.94
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

3.11

AMERIFLEX
2508 Highlander Way, Suite 200
Carrollton, TX 75006

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                      $343.40
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Payroll

**Is the claim subject to offset?**
☒ No
☐ Yes

3.12

Arrowhead Promotion & Fulfillment Co
1105 S.E. 8th Street
Grand Rapids, MN 55744

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                      $362,850.16
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

3.13

Ashley Kent Marketing
701 West Saint Charles Road
Elmhurst, IL 60126

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                      $9,235.68
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.14**

Backbar Beverage Marketing Consultants
4224 W. Reno Avenue
Las Vegas, NV 89118

**Date or dates debt was incurred**
3/11/2024

As of the petition filing date, the claim is:                                $5,750.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15**

Bay and Bay Transportation Services
2905 W Service Road, Suite 2000
Eagan, MN 55121

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                               $11,875.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16**

BDO USA, LLP
200 Park Ave 38th Floor
New York, NY 10166

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $167,422.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.17**

Belt's Intermodal Corporation
949 Fell Street
Baltimore, MD 21231

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                               $76,147.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18**

Better Beverage Bureau
5000 Eldorado Parkway Suite 150-625
Frisco, TX 75033

**Date or dates debt was incurred**
6/6/2023

As of the petition filing date, the claim is:    $6,250.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19**

Beverage Merchandising LLC
12 4210 E. Main Street Suite
Mesa, AZ 85205

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $96,215.27
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20**

Beverage Testing Institute, Inc.
4849 North Milwaukee Avenue, Suite
Chicago
IL, 60630

**Date or dates debt was incurred**
6/1/2024

As of the petition filing date, the claim is:    $26,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21**

Bottlegreen Design
1284 W 72ND TERRACE
KANSAS CITY, MO 64114

**Date or dates debt was incurred**
3/1/2024

As of the petition filing date, the claim is:    $150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22**

Bottles On The Go Inc
303 West 66th Street No. 10GW
New York 10023

**Date or dates debt was incurred**
7/1/2024

As of the petition filing date, the claim is: $10,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**

BrandBox SIA
Unijas iela 8 k-7
Riga LV-1084
Latvia

**Date or dates debt was incurred**
4/1/2023

As of the petition filing date, the claim is: $2,645.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**

Breakthru Beverage Nevada
PO Box 13146
Baltimore, MD 21203

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $99.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.25**

Breakthru Beverage Pennsylvania
129 Hartman Road
North Wales
PA, 19454

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $238,639.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

### 3.26

Breakthru Beverage Virginia
5800 Technology Blvd
Sandston
VA, 23150

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $55,244.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

### 3.27

Broadband Office Solutions
PO Box 3108
Hicksville, NY 11802

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,936.42
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.28

BRZoom LLC
11800 Industriplex, Unit 4
Baton Rouge, LA 70809

**Date or dates debt was incurred**
5/1/2024

**As of the petition filing date, the claim is:** $12,450.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.29

BYBE, Inc.
772 N High St, Suite 200
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $683.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30

C.R. Fletcher Industrial Inc.
126 North Salina Street, Ste. 107
Syracuse, NY 13202

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $8,484.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31

Calhoun & Company Communications LL
3275 Sacramento Street
San Francisco, CA 94115

**Date or dates debt was incurred**
8/1/2024

As of the petition filing date, the claim is:    $4,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32

CB Neptune Holdings LLC
545 Washington Blvd 8th floor
Jersey City, NJ 07310

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $373,943.52
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33

Centerlink
PO Box 24490
Fort Lauderdale, FL 33307

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $11,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.34

Centiv Services (Brandmuscle)
233 South Wacker Drive Suite 4400
Chicago, IL 60606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$174,507.43

3.35

CHANNEL ADVISOR CORPORATION
3025 CARRINGTON MILL
Morrisville, NC 27560

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,500.00

3.36

Claessens International Ltd
51 Welbec Street
London W1G 9HL
United Kingdom

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,524.50

3.37

Coast Guard Exchange Systems
510 Independence Parkway, Suite 500
Chesapeake, VA 23220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$3,456.00

**3.38**

Cohen Cleaning and Service Co
750 Lexington Avenue
New York, NY 10022

**Date or dates debt was incurred**
7/1/2024

As of the petition filing date, the claim is: $566.15
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

Colangelo & Partners Public Relatio
55 West 39th St. FL5
New York, NY 10018

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $797,492.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

Colangelo & Partners Public Relations, LLC
55 West 39th St. FL5
New York, NY 10018

**Date or dates debt was incurred**
1/12/2024

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41**

Concur Technologies, Inc.
62157 62157 Collections Center Driv
Chicago, IL 60693

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $13,178.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42**

Constangy, Brooks, Smith & Prophete
230 Peachtree Street Suite 2400
2400 Atlanta
GA, 30303

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $5,211.50
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43**

Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $8,505.28
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44**

Coyote Logistics, LLC
PO Box 742636
Atlanta, GA 30374

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $21,825.00
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.45**

CR3 Partners, LLC
13355 Noel Road, Ste 2005
Dallas, TX 75240

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $265,962.97
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46**

CROSSMARK, Inc., dba Product Connec
1921 State Hwy 121
Lewisville, TX 75056

**Date or dates debt was incurred**
9/24/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,569.14

**3.47**

CSM Redemptions, Inc.
30 Calle Pacifica
San Clemente, CA 92673

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$91,422.00

**3.48**

Curiosity LLC
35 East 7th St
Cincinatti, OH 45202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$94,559.10

**3.49**

Datasembly Inc
FL-5 1775 Tysons Blvd
Tysons, VA 22102

**Date or dates debt was incurred**
6/1/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

### 3.50

DBC America LLC
Wyandotte
MI 48192

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$58,207.36

### 3.51

DHL Supply Chain
1403 NH-3A
Bow, NH 03304

**Date or dates debt was incurred**
9/2/2024, 10/1/2024, 10/9/2024, 11/1/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
New Hampshire Warehouse

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,023.29

### 3.52

Digitus Solutions LLC
Suite 500 1 West 4th Street
Winston Salem, NC 27101-3818

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,665.22

### 3.53

DISCUS-UNIMERC
1250 Eye Street, NW
Washington, DC 20005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$74,251.07

**3.54**

DP Sales Distributors, Inc
12A Seabro Ave
Amityville, NY 11701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,535.86

**3.55**

Drizly LLC dba Uber Technologies, I
177 Huntingdon Avenue Ste. 1703
Boston
MA, 81709

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,824.36

**3.56**

El Paso Stadium Operations Company
1 Ballpark Plaza
El Paso
TX, 79901

**Date or dates debt was incurred**
12/1/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

**3.57**

EPM PROS INC dba Bakerfield Solutio
1007 550 Congressional Blvd Ste 115
Carmel
IN, 46032

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,300.00

**3.58**

Exel Inc.
570 Polaris Parkway
Westerville, OH 43082

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $11,023.29
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59**

Facetime Consulting & Promotions
1917 Bayview Dr
New Smyrna Beach, FL 32168

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $6,452.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60**

Federal Treasury Enterprise Sojuzplodoimport
295 Fifth Ave
New York, NY 10016

**Date or dates debt was incurred**
2/4/2014

As of the petition filing date, the claim is:      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.61**

Florida Panthers Hockey Club, Ltd.
1 Panther Parkway
Sunrise
FL, 33323

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $323,044.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.62**

Fold 7 LTD
16-18 Kirby Street
London EC1N 8TS
United Kingdom

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                               $154,747.01
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

Gatorworks, LLC
10988 N Harrells Ferry Rd.
Baton Rouge, LA, LA 70816

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                               $600.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**

Gournay Consulting, LLC
24 Forrest Blend Drive
Titusville, NJ 08560

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                               $46,240.35
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.65**

Grid Squared Systems
35-27 35th Street
Long Island City, NY 11103

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                               $581.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**

GS1US
7887 Washington Village Drive, Suite 300
Dayton, OH 45459

**Date or dates debt was incurred**
9/3/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

**3.67**

HALO Branded Solutions Inc
1500 Halo Way
Sterling, IL 61081

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$124,680.50

**3.68**

Harvey Milk Foundation
2312 Wilton Drive, Suite 9
Wilton Manors, FL 33305

**Date or dates debt was incurred**
7/23/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

**3.69**

Heinemann Americas, Inc.
550 Biltmore Way, Suite 700
Coral Gables, FL 33134

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,712.40

**3.70**

Hermes Marketing LLC
12024 Mikaela Dr
Frisco
TX, 75033-3367

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

**3.71**

ImageSeller LLC
200-B 1626 Wazee Street Suite
Denver, CO 80202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,641.12

**3.72**

Imagination Specialties Inc.
301 Northcreek Blvd.
Goodlettsville, TN 37070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$54,099.59

**3.73**

Incentive Marketing Inc.
1196 Buckhead Crossing
Woodstock, GA 30189

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,659.34

---

**3.74**

Informa Princeton LLC
1983 Marcus Avenue, Suite 250
New York, NY 11042

**Date or dates debt was incurred**
1/30/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

---

**3.75**

Inmar Brand Solutions Inc
635 Vine St
Winston Salem, NC 27101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$382,005.45

---

**3.76**

Integrated Merchandising Solutions
5750 Old Orchard Rd
Ste 300
Skokie
IL, 60077-1061

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$165,924.34

---

**3.77**

Iron Mountain
1000 Campus Drive
Collegeville, PA 19426

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$777.92

**3.78**

JamesSuckling.com LLC
322 Karen Ave, Unit 3508
Las Vegas, NV 89109

**Date or dates debt was incurred**
7/1/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,860.00

**3.79**

Jennifer M. Robinson
709 Highway 7 South
Oxford, MS 38655

**Date or dates debt was incurred**
5/1/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,495.00

**3.80**

JF Hillebrand - USA
1600 St. Georges Avenue, Suite 301
Rahway
NJ, 07065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,940.00

**3.81**

JobsOhio Beverage System
41 S. High Street, Suite 1500
Columbus, OH 43215-6104

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$5,582.61

3.82

John S. Connor, Inc.
799 Cromwell Park Drive, Suite A
Baltimore, MD 21279-1384

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $337,617.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.83

JOHNSON BROTHERS OF IOWA, INC.
6600 Merle Hay Road
Johnston
IA, 50131

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,007.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

3.84

JohnsonTP PC
P.O. Box 291
Bodega, CA 94922

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $48,199.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.85

K&L Beverage Co. LLC
3215 Lind Avenue SW
Renton, WA 98057

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $79,592.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.86**

Kentucky Owl, LLC
135 East 57th Street
9th Floor
New York, NY 10022

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $14,036,505.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.87**

KesselsKramer BV
Lauriergracht 39
Amsterdam 1016RG
Netherlands

**Date or dates debt was incurred**
2/1/2024

As of the petition filing date, the claim is:     $12,372.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.88**

KnowBe4 Inc
33 N Garden Ave, Suite 1200
Clearwater, FL 33755-6610

**Date or dates debt was incurred**
1/1/2024

As of the petition filing date, the claim is:     $4,732.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.89**

Koi Studio Miami LLC
9748 NW 57 Terrace
Miami, FL 33178

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $4,450.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.90

KPMG, LLP
345 Park Avenue
New York, NY 10154

**Date or dates debt was incurred**
11/27/2023

As of the petition filing date, the claim is:    $14,136.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.91

LinkedIn
1000 W. Maude Ave
Sunnyvale, CA 94085

**Date or dates debt was incurred**
9/28/2024

As of the petition filing date, the claim is:    $9,346.73
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.92

Logistxs, Inc.
117 Mountain Ct
Hackettstown, NJ 07840

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $4,295.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.93

Los Angeles Dodgers LLC
1000 Vin Scully Avenue
Los Angeles, CA 90012

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $693,750.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.94

Los Angeles Dodgers LLC
1000 Vin Scully Avenue
Los Angeles, CA 90012

**Date or dates debt was incurred**
10/21/2024

**As of the petition filing date, the claim is:**                          $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95

Lush Life Productions
228 Park Avenue South, Suite 82967
New York, NY 10003

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $121,953.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.96

M Shanken Communications Inc.
825 8th Avenue, 33rd Floor
New York, NY 10019

**Date or dates debt was incurred**
9/1/2023

**As of the petition filing date, the claim is:**                     $23,975.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.97

Maplebear Inc
50 Beale Street Suite 600
San Francisco, CA 94105

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $91,998.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

MarkeTeam, Inc.
26012 Pala
Mission Viejo, CA 92691

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $156,033.87
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99**

MarkIT B2B North America, Inc.
40 E. Main Street 853
Newark, DE 19711

**Date or dates debt was incurred**
7/11/2024

As of the petition filing date, the claim is:                    $4,692.57
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**

MCCS Marine Corps Exchange
PO Box 277160
Atlanta, GA 30384-7160

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,580.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.101**

McDermott Will & Emery
500 North Capitol Street N.W.
Washington, DC 20001-1531

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $3,214.06
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.102

McGriff Insurance Services Inc.
3605 Glenwood Avenue
Raleigh
NC, 27612

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,010,047.16

### 3.103

Meredith Operations Corporation
1716 Locust Street
Des Moines
IA, 50309

**Date or dates debt was incurred**
6/29/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,000.00

### 3.104

Middlestreet Graphics & Display, LLC
6939 Americana Pkwy
Reynoldsburg
OH, 43068

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,132.77

### 3.105

Mineral, Inc
4637 Chabot Drive, Suite 200
Pleasanton, CA 94588

**Date or dates debt was incurred**
10/8/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,665.26

**3.106**

Missing Link Media LLC
107 Shooters CT
Alexandria, VA 22314

**Date or dates debt was incurred**
10/1/2023

**As of the petition filing date, the claim is:**                    $4,900.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107**

Motive Marketing Group, Inc.
PO Box 11453
Bainbridge Island, WA 98110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $884,859.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**

Mountainstar USL Operations Company and El Paso Stadium Operations
Company
1 Ballpark Plaza
El Paso, TX 79901

**Date or dates debt was incurred**
9/20/2024

**As of the petition filing date, the claim is:**                    $539,583.34
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109**

MRL Printing, LLC dba MRL Promotion
511 SE 5th Avenue, Ste. 3
Ft. Lauderdale, FL 33301

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $157,978.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.110

National Alcohol Beverage Control Agency
2900 S. Quincy Street, Suite 800
Arlington
VA, 22206-2233

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $134,351.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.111

National Distributing Company New Mexico
5920 Office Blvd NE
Albuquerque, NM 87109

**Date or dates debt was incurred**
3/21/2024

**As of the petition filing date, the claim is:**                                    $84.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

3.112

National Lesbian & Gay Journalists
2120 L Street, NW Suite 850
Washington DC, WA 20037

**Date or dates debt was incurred**
7/31/2024

**As of the petition filing date, the claim is:**                                    $3,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.113

New Orleans Louisiana Saints
Airline Dr 5800
Metairie, LA 70003

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $275,625.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.114

Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $22,110.00
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.115

NJJ Productions Inc
545 Fifth Avenue Suite 1100
New York, NY 10017

**Date or dates debt was incurred**
5/1/2023

**As of the petition filing date, the claim is:**    $15,000.00
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.116

OAO Moscow Distillery Cristall
295 Fifth Ave
New York, NY 10016

**Date or dates debt was incurred**
2/4/2014

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.117

Oliver Marketing Limited
151 Rosebery Avenue
London EC1R4AB
United Kingdom

**Date or dates debt was incurred**
7/5/2024

**As of the petition filing date, the claim is:**    $14,647.50
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118**

On The Mark Demos, LLC
143 1743 Quincy Avenue Ste
Naperville, IL 60540

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $39,425.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.119**

Open Text Inc.
JP Morgan Lockbox 24685 Network Pl
Chicago, IL 60673-1246

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $4,667.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.120**

Paiseh, Inc.
19H 110 Charlton St.
New York, NY 11238

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $4,337.51
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.121**

Patrick Henry Creative Promotions
1177 West Loop South, Suite 800
Houston
TX, 77027

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $83,034.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.122

PayBev LLC
3550 GEORGE BUSBEE PKWY NW STE 190
KENNESSAW, GA 30144-5429

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,204.51

### 3.123

Pearlfisher Inc
455 Broadway 5th Floor
New York, NY 10013

**Date or dates debt was incurred**
12/12/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,000.00

### 3.124

Pine State Spirits
100 Enterprise Avenue
Gardiner, ME 04345

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,233.73

### 3.125

Planful, Inc.
150 Spear Street, Suite 1850
San Fransisco, CA 94105

**Date or dates debt was incurred**
3/1/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$171,938.24

3.126

Plush Creative Agency
6280 S. Valley View, Suite 600
Las Vegas, NV 89118

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $49,509.34
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.127

Pop Pop Fizz LLC
1701 4th St SW
Albuquerque, NM 87102-4508

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $927,191.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.128

Possessed by Spirits Inc.,
4472 Copeland Ave
San Diego, CA 92116

**Date or dates debt was incurred**
11/1/2023

**As of the petition filing date, the claim is:**                    $4,200.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.129

Pratt (Delta Container), Inc.
1301 Pride Drive
Hammond, LA 70401-5312

**Date or dates debt was incurred**
11/24/2021

**As of the petition filing date, the claim is:**                    $805.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.130**

Premier Interactive Promotions
10446 W. 163rd Place
Orland Park, IL 60467

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,267.95

**3.131**

Principal Life Insurance Company
711 High Street
Des Moines, IA 50392

**Date or dates debt was incurred**
11/15/2024

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,140.26

**3.132**

Promotion Plus, Inc.
4104 Vachell Lane
San Luis Obispo, CA 93401

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$70,626.16

**3.133**

Questex Media Group LLC
3 Speen Street, Suite 300
Framingham, MA 01701

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,522.00

3.134

Quotient Technology Inc.
PO Box 204472
Dallas, TX 75320-4472

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,757.00

3.135

Republic Nat'l Distrib. Co. LLC - V
14038 Washington Highway
Ashland, VA 23005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$21.90

3.136

Republic National Distributing Company
44 Chenell Drive
Concord
NH, 03301

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$850,630.73

3.137

Republic National Distributing Company - Control States
836 Lagoon Commercial Blvd.
Montgomery
AL, 36117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$116,648.70

**3.138**

Republic National Distributing Company - MS
836 Lagoon Commercial Blvd.
Montgomery
AL, 36117

**Date or dates debt was incurred**
9/30/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$90.03

**3.139**

Republic National Distributing Company - OH
4460 Lake Forest Drive, Ste 238
Cincinnati
OH, 45242

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$130,827.03

**3.140**

Republic National Distributing Company - WV
4460 Lake Forest Drive, Suite 238
Cincinnati
OH, 45242

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$1,629.48

**3.141**

RNDC - MI
13000 Eckles Road
Livonia, MI 48150

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

$584,203.45

**3.142**

RNDC Oklahoma
605 N Tulsa Avenue
Oklahoma City, OK 73107

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $9,196.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.143**

RR DONNELLEY & SONS COMPANY
35 W WACKER DRIVE
CHICAGO, IL 60601

**Date or dates debt was incurred**
6/1/2024

As of the petition filing date, the claim is:    $427.57
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.144**

Salty Dog Consulting LLC
8814 Kentucky Ave
La Plata, MD 20646

**Date or dates debt was incurred**
5/15/2023

As of the petition filing date, the claim is:    $4,500.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.145**

Scan Solution Incorporated JMD
3183 S 25 W
Trafalgar, FL 46181

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $125,327.62
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.146

Shapiro Goldstein Moses and Artuso,
7600 Jericho Turnpike Suite 200
Woodbury, NY 11797

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $100,931.41
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.147

ShelterPoint Life Insurance Company
1225 Franklin Avenue, Suite 475
Garden City, NY 11530

**Date or dates debt was incurred**
8/1/2024

**As of the petition filing date, the claim is:** $1,210.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.148

SKIM Analytical Inc
3453 Pierce Drive, suite 105
Atlanta, GA 30341

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $62,700.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.149

Social Chain Germany GmbH
Zehdenicker Str. 21
Berlin 10119
Germany

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $737,334.70
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.150**

Sookul
c/o Mars Khaimov
100 Duffy Avenue, Suite 510
Hicksville, NY 11801

**Date or dates debt was incurred**
12/12/2023

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.151**

SPINS LLC
300 222 West Hubbard Street
Chigago, IL 60654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $76,604.37
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.152**

Stoel Rives LLP (Portland)
760 SW Ninth Ave. Suite 3000
Portland, OR 97205

**Date or dates debt was incurred**
5/1/2024

**As of the petition filing date, the claim is:** $2,867.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.153**

Straight Up Solutions LLC (SUS)
106 E 1St St
Sanford
FL, 32771-1363

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,950.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.154**

System 1 Research, Inc
500 7th Avenue
New York, NY 10018

**Date or dates debt was incurred**
8/1/2023

**As of the petition filing date, the claim is:** $23,250.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.155**

TABS Group Inc
6 Corporate Drive Suite 422
Shelton, CT 06484

**Date or dates debt was incurred**
6/1/2024

**As of the petition filing date, the claim is:** $3,768.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.156**

Talent Tree LLC
122 W John Carpenter Freeway, Ste 4
Irving, TX 75039

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $13,803.37
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.157**

TELUS AGRICULTURE & CONSUMER GOODS
c/o Pier Florino, 911 University Dr
State College
PA, 16801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $33,304.26
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.158**

Tenute Del Mondo B.V.
Kingsfordweg 15
Amsterdam 1043 GR
Netherlands

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                                    $137,114.71
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.159**

The BMF Media Group LLC
826 Broadway
New York, NY 10003

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                                    $78,693.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.160**

The Business Gift Company
500 Morris Avenue, Suite 102
Springfield, NJ 07081

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                                    $7,630.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.161**

The Nielsen Company US, LLC
PO Box 88956
Chicago, IL 60695-8956

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                                    $13,243.83
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.162**

The Pathfinder Spirit, Inc
2420 4th Ave S.
Seattle, WA 98134

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $131,445.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.163**

The San Francisco Wine Competition
1030 Amalfi Drive, Pacific
Palisades, CA 90272

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $4,025.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164**

The Stonewall Inn Gives Back Initia
511 Avenue of the Americas
Suite 508
New York, NY 10011

**Date or dates debt was incurred**
11/13/2024

**As of the petition filing date, the claim is:**                          $3,250.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165**

United Liquor Marts, Inc.
10446 W. 163rd Place
Orland Park, IL 60467

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $2,420.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor    Stoli Group (USA), LLC
Name

Case number *(if known)* 24-80146

3.166

Univins and Spirits (Canada) Inc.
2000 1100 Avenue Atwater Bureau
Westmount
QC, H3Z 2Y4

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $24,858.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Distributor

**Is the claim subject to offset?**

☐ No

☑ Yes

3.167

Vermont Information Processing, Inc
402 Watertower Circle
Colchester
VT, 05446

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $319,269.15
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**

☑ No

☐ Yes

3.168

vestcom
2800 Cantrell Road, Suite 400
Little Rock, AR 72202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $70,837.96
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**

☑ No

☐ Yes

3.169

VOX Media LLC
1701 Rhode Island Ave NW
Washington, DC 20036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $40,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor  Stoli Group (USA), LLC
        Name

Case number *(if known)* 24-80146

3.170

Webb Mason Inc
10830 Gilroy Rd.
Hunt Valley, MD 21031

**Date or dates debt was incurred**
12/1/2023

**As of the petition filing date, the claim is:**                    $684.63
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $1,697,290.51 |
| 5b. **Total claims from Part 2** | 5b. | $30,164,268.90 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $31,861,559.41 |

**Fill in this information to identify the case:**

Debtor name: Stoli Group (USA), LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-80146

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | See Schedule G Attachment | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| ID | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | Lease for 135 East 57th Street, Entire 9th Fl, New York, NY 10022 | 186 | | 135 East 57th Street LLC | Attn: Charles S. Cohen | 750 Lexington Avenue | New York | NY | 10022 | |
| 2.002 | Brokerage Agreement | 372 | | Associated Distributors, LLC d/b/a Breakthru Beverage Virginia | Attn: Dale Farino | 5800 Technology Blvd | Sandston | VA | 23105 | |
| 2.003 | Supply and Distribution Agreement | 372 | | Ben Arnold Sunbelt Beverage Company of South Carolina, LP d/b/a Breakthru Beverage South Carolina | Attn: Sean T. O'Connor, President | 101 Beverage Blvd | Ridgeway | SC | 29130 | |
| 2.004 | Supply and Distribution Agreement | 372 | | Beverage Distributors Company, LLC d/b/a Breakthru Beverage Colorado | Attn: Joseph R Marotta, President | 3980 Central Park Blvd | Denver | CO | 80238 | |
| 2.005 | Supply and Distribution Agreement | 372 | | Breakthru Beverage Illinois, LLC | Attn: David Lockie, Regional President | 3333 South Laramie Avenue | Cicero | IL | 60804 | |
| 2.006 | CapMedia and Entertainment Liability Policy | (19) | | Capital Indemnity Corporation | | PO Box 5900 | Madison | WI | 53705 | |
| 2.007 | Brokerage Agreement | 372 | | Capital Wine & Spirits Co., LLC d/b/a Breakthru Beverage Pennsylvania | Attn: Patrick J. Horgan, President | 129 Hartman Road | North Wales | PA | 19454 | |
| 2.008 | Policy Certificate | (19) | | CFC Underwriting Limited | | 85 Gracechurch Street | London | | EC3V 0AA | United Kingdom |
| 2.009 | Chubb Commercial Follow-Form Insurance | (19) | | Chubb Group Insurance Companies | | 202B Hall's Mill Road | Whitehouse Station | NJ | 8889 | |
| 2.010 | Chubb Commercial Excess Follow-Form Insurance | (19) | | Chubb Group Insurance Companies | | 202B Hall's Mill Road | Whitehouse Station | NJ | 8889 | |
| 2.011 | Supply and Distribution Agreement | 372 | | Empire Merchants, LLC | Attn: President | 19-50 48th Street | Astoria | NY | 11105 | |
| 2.012 | Workers Compensation and Employers Liability Policy | (19) | | Hartford Business | | 3600 Wiseman Blvd | San Antonio | TX | 78251 | |
| 2.013 | Business Insurance Policy | (19) | | Hartford Casualty Insurance Company | | 1 Hartford Plaza | Hartford | CT | 06155 | |
| 2.014 | Commercial Auto Insurance Policy | (19) | | Hartford Casualty Insurance Company | | 1 Hartford Plaza | Hartford | CT | 06155 | |
| 2.015 | Fire Insurance | (19) | | Hartford Casualty Insurance Company | | 1 Hartford Plaza | Hartford | CT | 06155 | |
| 2.016 | Supply and Distribution Agreement | (1,820) | | Horizon Beverage Company , Inc. | Attn: Michael Epstein | 45 Commerce Way | Norton | MA | 02766 | |
| 2.017 | Supply and Distribution Agreement | (1,820) | | Horizon Beverage Company of Rhode Island, Inc. | Attn: Angelo Collins | 121 Hopkins Hill Rd | West Greenwich | RI | 02817 | |
| 2.018 | Market Reform Contract | (19) | | Howden Specialty Insurance | | 1 Creechurch Place | London | | EC3A 5AF | United Kingdom |
| 2.019 | Consulting Agreement | Unknown | | JB Noe Service LLC | | 208 South 3rd Street | Bardstown | KY | 40004 | |
| 2.020 | Supply and Distribution Agreement | 372 | | JBW Group of Iowa, LLC | Attn: Lyle Stutzman | 6600 Merle Hay Road | Johnston | IA | 50131 | |
| 2.021 | Supply and Distribution Agreement | 97 | | Johnson Brothers Liquor Company | Attn: President | 1999 Shepard Road | St. Paul | MN | 55116 | |
| 2.022 | Supply and Distribution Agreement | 97 | | Johnson Brothers of Nebraska, LLC | Attn: President | 9320 J Street | Omaha | NE | 68127 | |
| 2.023 | Supply and Distribution Agreement | 97 | | Johnson Brothers N 39th Street, Inc. | Attn: President | 1358 N 39th Street | Fargo | ND | 58102 | |
| 2.024 | Supply and Distribution Agreement | 97 | | Johnson Brothers of South Dakota, Inc. | Attn: President | 300 East 50th Street North | Sioux Falls | SD | 57104 | |
| 2.025 | Brokerage Agreement | 372 | | K&L Beverage, LLC | Attn: Brian D. O'Neill | 3215 Lind Ave SW, PO Box 9300 | Renton | WA | 98057 | |
| 2.026 | Agreement for Independent Consulting Services | (1,089) | | Kercelius, Laura | Address on File | | | | | |
| 2.027 | Lush Life Productions Inc. Service Agreements | Unknown | | Lush Life Productions Inc. | c/o Schlam Stone & Dolan LLP | 26 Broadway | New York | NY | 10004 | |
| 2.028 | Supply and Distribution Agreement | 372 | | National Distributing Company, Inc. | Attn: H. Alan Rosenberg | 1 National Drive | Atlanta | GA | 30336 | |
| 2.029 | SmartPolicy | (19) | | Navigators Insurance Company | | 1 Penn Plaza | New York | NY | 10119 | |
| 2.030 | Brokerage Agreement | 372 | | NWS Michigan, LLC | c/o Republic National Distributing Company, LLC Attn: President | 809 Jefferson Highway | New Orleans | LA | 70121 | |
| 2.031 | Supply and Distribution Agreement | 372 | | Premier Beverage Company, LLC d/b/a Breakthru Beverage Florida | Attn: E. Lloyd Sobel, COO | 500 East Broward Blvd., Suite 1200 | Ft. Lauderdale | FL | 33394 | |
| 2.032 | Supply and Distribution Agreement | 372 | | Reliable Churchill, LLLP d/b/a Breakthru Beverage Maryland | Attn: Kevin P. Dunn, President | 1413 Tangier Drive | Middle River | MD | 21220 | |
| 2.033 | Brokerage Agreement | 372 | | Reliable Churchill, LLLP d/b/a Breakthru Beverage Maryland (Montgomery County) | Attn: Kevin Dunn, President | 1413 Tangier Drive | Middle River | MD | 21220 | |
| 2.034 | Supply and Distribution Agreement | 372 | | Republic National Distributing Company, LLC | Attn: H. Alan Rosenberg, General Counsel | 1 National Drive | Atlanta | GA | 30336 | |
| 2.035 | Brokerage Agreement | 372 | | Republic National Distributing Company, LLC | Attn: H. Alan Rosenberg, General Counsel | 1 National Drive | Atlanta | GA | 30336 | |
| 2.036 | Supply and Distribution Agreement | (1,820) | | Ultra Beverage Company Limited Partnership, L.P. d/b/a Horizon Beverage Company | Attn: Joe LaRocca | 44 Chenell Drive | Concord | NH | 03301 | |
| 2.037 | Supply and Distribution Agreement | 372 | | United Distributors of Delaware, LLC d/b/a Breakthru Beverage Delaware | Attn: Robert H. Trostel, President | 411 New Churchmans Road | New Castle | DE | 19720 | |
| 2.038 | Supply and Distribution Agreement | 372 | | Washington Wholesale Liquor, Co. LLC d/b/a Breakthru Beverage DC | Attn: Kevin P. Dunn, President | 2800 V Street NE, Unit E | Washington | DC | 20018 | |
| 2.039 | Supply and Distribution Agreement | 372 | | Young's Market Company of Washington, LLC | Attn: Chris Underwood | 20301 59th Place South | Kent | WA | 98032 | |
| 2.040 | Supply and Distribution Agreement | 372 | | Young's Market Company, LLC | Attn: President | 14402 Franklin Ave | Tustin | CA | 92780 | |

**Fill in this information to identify the case:**

Debtor name: Stoli Group (USA), LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-80146

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Kentucky Owl, LLC | Kentucky Owl, LLC 135 East 57th Street 9th Floor New York, NY 10022 | | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: **Stoli Group (USA), LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number: **24-80146**

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 12/30/2024 | /s/ Chris Caldwell |
| Executed on | Signature of individual signing on behalf of debtor |
| | Chris Caldwell |
| | Printed name |
| | President and Global Chief Executive Officer |
| | Position or relationship to debtor |