| | |
|---|---|
| Holland N. O'Neil (TX 14864700)<br>Stephen A. Jones (TX 24101270)<br>Mary Rofaeil (TX 24119467)<br>Zachary C. Zahn (TX 24137675)<br>**FOLEY & LARDNER LLP**<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201<br>Telephone: (214) 999-3000<br>Facsimile: (214) 999-4667<br>honeil@foley.com<br>sajones@foley.com<br>mary.rofaeil@foley.com<br>zzahn@foley.com | Ann Marie Uetz (admitted *pro hac vice*)<br>**FOLEY & LARDNER LLP**<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226-3489<br>Telephone: (313) 234-7100<br>Facsimile: (313) 234-2800<br>auetz@foley.com<br><br>Michael J. Small (admitted *pro hac vice*)<br>**FOLEY & LARDNER LLP**<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654-4762<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br>msmall@foley.com |

**COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>Stoli Group (USA), LLC, *et al.*,[1]<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No.: 24-80146-swe11<br><br>(Jointly Administered) |

**CERTIFICATE OF COUNSEL REGARDING STIPULATION AND AGREED
ORDER ON DEBTORS' EMERGENCY MOTION TO ENFORCE (I) INTERIM
AND FINAL ORDERS AUTHORIZING THE DEBTORS TO ENTER INTO
TRADE AGREEMENT WITH THE BELT'S CORPORATION AND BELT'S
INTERMODAL CORPORATION AND (II) THE AUTOMATIC STAY**

Pursuant to the *Procedures for Complex Cases in the Northern District of Texas,* the undersigned counsel for Stoli Group (USA) LLC ("**Stoli USA**") and Kentucky Owl, LLC ("**KO**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), certifies as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal identification number, are Stoli Group (USA), LLC (5602) and Kentucky Owl, LLC (3826). The Debtors' address is 135 East 57th Street, 9th Floor, New York City, New York.

1.      The following matter was set for hearing on **Tuesday, June 10, 2025, at 9:30 A.M. Central Time** (the "**Hearing**"), before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas (the "**Court**"):

> *Debtors' Emergency Motion to Enforce (I) Interim and Final Orders Authorizing the Debtors to Enter Into Trade Agreement with the Belt's Corporation and Belt's Intermodal Corporation and (II) the Automatic Stay* [Docket No. 488] (the "**Motion to Enforce**").

2.      Counsel for the Debtors and counsel for The Belt's Corporation ("**Belts**") and Belts Intermodal Corporation ("**BIC**" and collectively with the Debtors and Belts, the "**Parties**") have reached a *temporary* agreement regarding the Motion to Enforce that was set for the Hearing, which is set forth and reflected in the proposed *Stipulation and Agreed Order Continuing Hearing on Debtors' Emergency Motion to Enforce (I) Interim and Final Orders Authorizing Debtors to Enter Vendor Trade Agreement with the Belt's Corporation and Belt's Intermodal Corporation and (II) The Automatic Stay* (the "**Stipulation and Agreed Order**"), attached hereto as **Exhibit A**.

3.      Accordingly, the Parties request that the Court approve and enter the Parties' proposed Stipulation and Agreed Order without the need for the Hearing.

4.      The Parties intend to continue the Motion to Enforce to a hearing date the week of June 16, 2025. Once the Court enters the Stipulation and Agreed Order and the hearing date on the Motion to Enforce has been scheduled and set by the Court, counsel for the Debtors will file a notice on the docket in the Chapter 11 Cases.

[*Signature Page to Follow*]

| | |
|---|---|
| DATED: June 10, 2025 | Respectfully submitted by: |

*/s/ Stephen A. Jones*
Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
Mary Rofaeil (TX 24119467)
Zachary C. Zahn (TX 24137675)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com
mary.rofaeil@foley.com
zzahn@foley.com

-and-

Ann Marie Uetz (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
auetz@foley.com

-and-

Michael J. Small (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
msmall@foley.com

**COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 10, 2025, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

                                        */s/ Stephen A. Jones*
                                        Stephen A. Jones