# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Stoli Group (USA), LLC, *et al.*,[1] | § § | Case No.: 24-80146-swe11 |
| Debtors. | § § § | (Jointly Administered) |

**ORDER AMENDING CONFIRMATION SCHEDULE**

Pending before the Court is the proposed *Order Amending Confirmation Schedule* (the "**Scheduling Order**") filed by Stoli Group (USA), LLC ("**Stoli USA**") and Kentucky Owl, LLC ("**Kentucky Owl**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), seeking to amend the Confirmation Schedule approved by the Court via the *Order (I) Conditionally Approving the Disclosure Statement; (II)*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal identification number, are Stoli Group (USA), LLC (5602) and Kentucky Owl, LLC (3826). The Debtors' address is 135 East 57th Street, 9th Floor, New York City, New York.

1

*Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; (IB) Approving the Solicitation and Notice Procedures; and (V) Granting Related Relief* [Docket No. 577] (the "**Disclosure Statement Order**").[2] Based on the record before this Court, the Court finds there is good cause for the Court to authorize the amendment of the Confirmation Schedule approved by the Court in the Disclosure Statement Order. Based upon the foregoing findings and conclusions, and good and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Scheduling Order is approved, and the Confirmation Schedule approved via the Disclosure Statement Order is hereby modified, as set forth herein.

2. The Confirmation Schedule is hereby modified and approved as follows:

| **Event** | **Date** |
|---|---|
| **Conditional Approval Hearing** | June 24, 2025, at 9:30 a.m. (prevailing Central Time) |
| **Voting Record Date**[3] | June 25, 2025 |
| **Commence Solicitation** | June 26, 2025 |
| **Plan Supplement Deadline** | July 10, 2025 |
| **Voting Deadline (for all parties in interest except Fifth Third[4] and Bardstown[5])** | July 17, 2025, at 5:00 p.m. (prevailing Central Time) |
| **Objection Deadline (for all parties in interest except Fifth Third and Bardstown)** | July 17, 2025, at 5:00 p.m. (prevailing Central Time) |

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Disclosure Statement Order.

[3] The "**Voting Record Date**" is the date as of which a Holder of record entitled to vote on the Plan must have held such Claim or Interest to cast a vote to accept or reject the Plan.

[4] As used herein, "**Fifth Third**" refers to Fifth Third Bank, National Association.

[5] As used herein, "**Bardstown**" refers to The Bardstown Bourbon Company, LLC.

| Event | Date |
|---|---|
| **Debtors and SPI:[6] Deadline to Respond to Fifth Third's Document Requests and Complete Production of Responsive Documents** | Rolling Production |
| **Debtors and SPI Deadline to Produce Expert Reports Regarding Valuation of Kentucky Owl Assets** | July 23, 2025 |
| **Fifth Third Depositions of Debtors' and SPI's Valuation Experts regarding Kentucky Owl** | Week of July 21, 2025 |
| **Debtors and SPI Deadline to Respond to Fifth Third's Interrogatories** | July 23, 2025 |
| **Debtors and SPI Deadline to Produce Expert Reports regarding Valuation of Stoli USA Assets** | July 25, 2025 |
| **Fifth Third Depositions of Debtors' and SPI's Valuation Experts regarding Stoli USA** | Week of July 28, 2025 |
| **Fifth Third Depositions of Debtors' and SPI's Fact Witnesses (including 30(b)(6))** | July 31 and August 1, 2025 |
| **Fifth Third Deadline to Produce Expert Reports** | July 29, 2025 |
| **Debtors and SPI Depose Fifth Third's Experts** | August 4 and 5, 2025 |
| **Voting Deadline (Fifth Third and Bardstown only)** | August 5, 2025, at 5:00 p.m. (prevailing Central Time) |
| **Objection Deadline (Fifth Third and Bardstown only)** | August 5, 2025, at 5:00 p.m. (prevailing Central Time) |
| **Deadline to File Briefs in Support of Approval of Disclosure Statement and Confirmation of Plan** | August 8, 2025 |
| **Combined Hearing** | August 11-13, 2025, at [ ] a.m./p.m. (prevailing Central Time) |

---

[6] As used herein, "**SPI**" refers to S.P.I. Spirits (Cyprus) Limited.

3

3. The foregoing does not restrict the Debtors, Fifth Third, or Plan Sponsor from requesting expedited intervention from the Court to resolve any discovery disputes or related issues.

4. The foregoing does not restrict the Debtors, Fifth Third, or Plan Sponsor from issuing or conducting discovery related to the Plan or Combined Hearing of other parties. The Court will hear and determine any issues related to such other discovery in the ordinary course.

5. As related to discovery, the foregoing amended Confirmation Schedule may be amended by written agreement of the Debtors, the Committee, the Plan Sponsor, and Fifth Third, with subsequent notice promptly filed with the Court.

6. For the avoidance of doubt, notwithstanding the Court's entry of this Scheduling Order, all other terms and provisions included in the Disclosure Statement Order not otherwise modified by this Scheduling Order shall remain binding, enforceable, and unchanged.

7. All time periods set forth in this Scheduling Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8. The terms and conditions of this Scheduling Order are immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Scheduling Order.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Scheduling Order.

### END OF ORDER ###

Submitted by:

Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
Mary Rofaeil (TX 24119467)
Zachary C. Zahn (TX 24137675)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com
mary.rofaeil@foley.com
zzahn@foley.com

-and-

Ann Marie Uetz (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
auetz@foley.com

-and-

Michael J. Small (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
msmall@foley.com

**COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**