Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
Jeffrey L. Jonas (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Tel.: (212) 209-4800
Fax.: (212) 209-4801
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: jjonas@brownrudnick.com

Steven B. Levine (admitted *pro hac vice*)
Tristan G. Axelrod (admitted *pro hac vice*)
Matthew A. Sawyer (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Tel.: (617) 856-8200
Fax.: (617) 856-8201
Email: slevine@brownrudnick.com
Email: taxelrod@brownrudnick.com
Email: msawyer@brownrudnick.com

*Co-Counsel to the Official*
*Committee of Unsecured Creditors*

Joseph M. Coleman (SBN 04566100)
John J. Kane (SBN 24066794)
JaKayla J. DaBera (SBN 24129114)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: jkane@krcl.com
Email: jdabera@krcl.com

*Co-counsel to the Official*
*Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Stoli Group (USA), LLC, *et al.*,[1] | Case No. 24-80146-swe11 |
| Debtors. | (Jointly Administered) |

**WITNESS & EXHIBIT LIST OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE COMBINED HEARING BEGINNING ON AUGUST 11, 2025 AT 9:30 A.M.**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal identification number, are Stoli Group (USA), LLC (5602) and Kentucky Owl, LLC (3826). The Debtors' address is 135 East 57th Street, 9th Floor, New York City, New York.

proposed undersigned counsel, files its Witness & Exhibit List for the Combined Hearing[2] beginning on August 11, 2025, at 9:30 a.m. prevailing central time, and continuing as needed before the Honorable Scott W. Everett, United States Bankruptcy Judge.

## WITNESSES

The Committee may call any of the following witnesses at the Combined Hearing:

1. Any witness called or designated by any other party.

2. Any witness necessary to impeach the testimony of any witness called or designated by any other party.

3. Any witness necessary to rebut the testimony of any witness called or designated by any other party

4. The Committee reserves the right to cross examine any witness called by any other party.

## EXHIBITS

The Committee may offer into evidence one or more of the following exhibits at the Combined Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| A. | Any document, pleading, exhibit, transcript, order, or other document filed in the above-captioned bankruptcy case | | | |
| B. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | |
| C. | Any exhibit offered or identified by any other party | | | |

---

[2] All capitalized terms not defined herein shall have the meaning set forth in the *Amended Notice of (I) Rescheduled Hearing on the Disclosure Statement and Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of the Debtors and the Plan Sponsor, (II) Deadline to Cast Votes to Accept or Reject the Plan, and (III) Objection and Opt Out Rights* [Docket No. 705].

| D. | Any appendices, exhibits, or other attachments to any of the foregoing. | | | |

The Committee reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Combined Hearing.

Dated: August 8, 2025                 Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ JaKayla J. DaBera*
Joseph M. Coleman (SBN 04566100)
John J. Kane (SBN 24066794)
JaKayla J. DaBera (SBN 24129114)
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: jkane@krcl.com
Email: jdabera@krcl.com

- and -

**BROWN RUDNICK LLP**

Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
Jeffrey L. Jonas (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel.: (212) 209-4800
Fax.: (212) 209-4801
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: jjonas@brownrudnick.com

Steven B. Levine (admitted *pro hac vice*)
Tristan G. Axelrod (admitted *pro hac vice*)
Matthew A. Sawyer (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Tel.: (617) 856-8200
Fax.: (617) 856-8201
Email: slevine@brownrudnick.com

Email: taxelrod@brownrudnick.com
Email: msawyer@brownrudnick.com

*Co-counsel to the Official
Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

This is to certify that on August 8, 2025, a true and correct copy of the foregoing document was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case.

 */s/ JaKayla J. DaBera*
JaKayla J. DaBera