Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Asher Bublick
for the United States Trustee
asher.bublick@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No.   24-80146-swe11 |
| | § | |
| **STOLI GROUP (USA), LLC, et al.,**[1] | § | Chapter 11 |
| | § | |
| *Debtors.* | § | Jointly Administered |

## CHAPTER 11 NOTICE OF APPOINTMENT OF TRUSTEE
## AND OF AMOUNT OF BOND

TO:    BILL PATTERSON, CHAPTER 11 TRUSTEE:

Pursuant to 11 U.S.C. § 1104(c), you are hereby appointed as Trustee for the estate of Stoli Group (USA), LLC in the above-captioned case.

Your bond is fixed at **$10,000 personal recognizance.**

Pursuant to Federal Rule of Bankruptcy Procedure 2008, please signify your acceptance of this appointment by dating and signing this form as well as the required verified affidavit and returning it to the Office of the United States Trustee within five (5) days of the date of receipt. Pursuant to 11 U.S.C. § 322(a), you must ensure that a bond in favor of the United States is filed with the Clerk of the Court within five (5) days of the date of your selection as Trustee. The bond must be filed before you begin to perform your official duties. In addition, you must submit the security clearance information requested by the Office of the United States Trustee within ten (10) working days of the date of this appointment.

DATED: February 18, 2026            */s/ Lisa L. Lambert*
                                     LISA L. LAMBERT
                                     UNITED STATES TRUSTEE
                                     REGION 6

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal identification number, are Stoli Group (USA), LLC (5602) and Kentucky Owl, LLC (3826). The Debtors' address is 135 East 57th Street, 9th Floor, New York City, New York.

I hereby accept my appointment as Trustee for the estate of Stoli Group (USA), LLC in the above-captioned case.

DATED: February 17, 2026

_____
WILLIAM R. PATTERSON

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.   24-80146-swe11 |
| | § | |
| STOLI GROUP (USA), LLC, et al.,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

## PERSONAL RECOGNIZANCE BOND OF TRUSTEE

I, William R. Patterson, as surety, bind myself to the United States in the sum of $10,000.00 for the faithful performance by the undersigned principal of my official duties as trustee of the estate of debtor Stoli Group (USA), LLC.

Dated: February 17, 2026

_____
Trustee

* Include all names used by debtor within the last six (6) years
** State post office address

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal identification number, are Stoli Group (USA), LLC (5602) and Kentucky Owl, LLC (3826). The Debtors' address is 135 East 57th Street, 9th Floor, New York City, New York.