United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242
(214) 767-1075

Erin Marie Schmidt,
for the United States Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Stoli Group (USA), LLC**, *et al.*,[1] | § | CASE NO. 24-80146-swe-11 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |
| | § | |

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. <u>Name(s) of appellant(s)</u>:

   Lisa L. Lambert, United States Trustee for Region 6

2. <u>Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal</u>:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe)

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ✓ Other (describe)  <u>United States Trustee</u>

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal identification number, are Stoli Group (USA), LLC (5602) and Kentucky Owl, LLC (3826). The Debtors' address is 135 East 57th Street, 9th Floor, New York City, New York.

1

**Part 2: Identify the subject of this appeal**

1. <u>Describe the judgment, order, or decree appealed from</u>:

   a. *Seventeenth Stipulation and Agreed Order Regarding the Final Order Authorizing Debtors' Use of Cash Collateral and Granting Adequate Protection to Fifth Third Bank, National Association and Related Relief*, Dkt. 1122 (the "**Cash Collateral Order**"), and

   b. *Order Directing Appointment of Chapter 11 Trustees*, Dkt. 1123 (the "**Trustee Order**").

2. <u>State the date on which the judgment, order, or decree was entered</u>:  The Cash Collateral Order and the Trustee Order both were entered on February 5, 2026.  Copies of the orders are attached collectively as **Exhibit A.**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Parties:

**Appellees**

Debtors Stoli Group (USA), LLC, and Kentucky Owl, LLC, represented by:

| | | |
|---|---|---|
| David B. Goroff<br>Foley & Lardner LLP<br>321 North Clark Street,<br>Suite 3000<br>Chicago, IL 60654-4762<br>312-832-5160 | Holland N. O'Neil<br>Foley & Lardner LLP<br>2021 McKinney Avenue,<br>Ste. 1600<br>Dallas, TX 75201<br>214-999-4961 | Michael J. Small<br>Foley & Lardner LLP<br>321 N. Clark Street,<br>Suite 3000<br>Chicago, IL 60654<br>312-832-4500 |
| Ann Marie Uetz<br>Foley & Lardner LLP<br>500 Woodward Avenue,<br>Suite 2700<br>Detroit, MI 48226<br>313-234-7100 | Stephen Austin Jones<br>Foley & Lardner LLP<br>2021 McKinney Avenue,<br>Suite 1600<br>Dallas, TX 75201<br>214 999-4000 | |

(*continued*)

The Official Committee of Unsecured Creditors, represented by:

| | | |
|---|---|---|
| Tristan G. Axelrod<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200 | JaKayla DaBera<br>Kane Russell Coleman<br>Logan PC<br>901 Main St., Ste 5200<br>Dallas, TX 75202<br>979-451-5455 | Jeffrey L Jonas<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212 209-4800 |
| John J. Kane<br>Kane Russell Coleman<br>Logan PC<br>901 Main Street,Suite 5200<br>Dallas, TX 75202<br>214 777-4261 | Steven B. Levine<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>617 856-8200 | Matthew A. Sawyer<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>617-856-8201 |
| Bennett S. Silverberg<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212 209-4800 | Robert J. Stark<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800 | |

Fifth Third Bank, National Association, represented by:

| | | |
|---|---|---|
| Christopher Andrew Bailey<br>Holland & Knight LLP<br>1722 Routh Street,<br>Suite 1500<br>Houston, TX 75201<br>214-969-1784 | Jeremy M. Downs<br>Goldberg Kohn Ltd.<br>55 East Monroe St.,<br>Suite 3300<br>Chicago, IL 60603<br>312-201-4000 | Steven J. Wickman<br>Goldberg Kohn Ltd.<br>55 East Monroe St.,<br>Suite 3300<br>Chicago, IL 60603<br>312-201-3946 |
| William C. Meyers<br>Goldberg Kohn Ltd.<br>55 East Monroe St.,<br>Suite 3300<br>Chicago, IL 60603<br>312-201-4000 | David E. Morrison<br>Goldberg Kohn Ltd.<br>55 East Monroe St.,<br>Suite 3300<br>Chicago, IL 60603<br>312-201-4000 | |

**Interested Parties**

William R. Patterson, chapter 11 trustee for Stoli Group (USA), LLC

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

Not applicable.

**Part 5: Sign below**

Date: February 18, 2026                                    Respectfully submitted,

LISA A. TRACY                                              LISA L. LAMBERT
Deputy General Counsel                                     UNITED STATES TRUSTEE
BETH A. LEVENE                                             REGION 6, NORTHERN AND EASTERN
Associate General Counsel                                  DISTRICTS OF TEXAS
FREDERICK GASTON HALL
Trial Attorney                                             By: /s/ *Erin Marie Schmidt*
Department of Justice                                      ELIZABETH A. YOUNG
Executive Office for United States Trustees                Acting Assistant United States Trustee
441 G Street, N.W., Suite 6150                             ERIN MARIE SCHMIDT
Washington, DC  20530                                      Trial Attorney
(202) 307-1399                                             Texas State Bar No. 24033042
Fax: (202) 307-2397                                        United States Department of Justice
                                                           Office of the United States Trustee
                                                           1100 Commerce Street, Room 976
                                                           Dallas, TX 75242
                                                           Erin.Schmidt2@usdoj.gov
                                                           (214) 767-1075